## LUIGI CAMMAROTA ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TRUMBULL

The petition by the plaintiffs, Luigi Cammarota and Lynn Cammarota, for certification for appeal from the Appellate Court, 97 Conn. App. 783 (AC 26597), is denied.

*Joseph A. Kubic*, in support of the petition.

Decided November 16, 2006

## IN RE RACHEL J. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 97 Conn. App. 748 (AC 26768), is denied.

*Raymond J. Rigat*, in support of the petition.

*Paula D. Sullivan*, assistant attorney general, and *Raymond F. Parlato*, in opposition.

Decided November 16, 2006

## ROY P. DAVIDSON *v.* MOHEGAN TRIBAL GAMING AUTHORITY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 97 Conn. App. 146 (AC 27001), is denied.

*Roy P. Davidson*, pro se, in support of the petition.

Decided November 16, 2006